# UCC Financing Statement

**Colorado Secretary of State**
Date and Time: 10/18/2023 07:58:58 AM
Master ID: 20232098478
Validation Number: 20232098478
Amount: $8.00

## Debtor: (Individual)
Last name: BAR    First name: MATHEW    Middle name: JOHN    Suffix:
Address1: 19236 E FAIR DR AURORA CO 80016
Address2:
City: AURORA    State: CO    ZIP/Postal Code: 80111
Province:    Country: United States

## Debtor: (Organization)
Name: SURVWEST LLC
Address1: 6501 E BELLEVIEW AVE STE 300
Address2:
City: ENGLEWOOD    State: MT    ZIP/Postal Code: 80111
Province:    Country: United States

## Secured Party: (Organization)
Name: CORPORATION SERVICE COMPANY, AS REPRESENTATIVE
Address1: P.O. Box 2576 UCCSPREP@CSCINFO.COM
Address2:
City: SPRINGFIELD    State: IL    ZIP/Postal Code: 62708
Province:    Country: United States

## Collateral
**Description:**
Receivables - All assets now owned or hereafter acquired and wherever located, including but not limited to, the following subcategories of assets: a. Accounts, including but not limited to, credit card receivables; b. Chattel Paper; c. Inventory; d. Equipment; e. Instruments, including but not limited to, Promissory Notes; f. Investment Property; g. Documents; h. Deposit Accounts; i. Letter of Credit Rights; j. General Intangibles; k. Supporting Obligations; and i. Proceeds and Products of the foregoing. NOTICE PURSUANT TO AN AGREEMENT BETWEEN DEBTOR AND SECURED PARTY,

## Collateral
**Description:**
DEBTOR HAS AGREED NOT TO FURTHER ENCUMBER THE COLLATERAL DESCRIBED HEREIN. THE FURTHER ENCUMBERING OF WHICH MAY CONSTITUTE THE TORTIOUS INTERFERENCE WITH THE SECURED PARTY'S RIGHT BY SUCH ENCUMBRANCES IN THE EVENT THAT ANY ENTITY IS GRANTED A SECURITY INTEREST IN DEBTOR'S ACCOUNTS, CHATTEL PAPER OR GENERAL INTANGIBLES CONTRARY TO THE ABOVE, THE SECURED PARTY ASSERTS A CLAIM TO ANY PROCEEDS THEREOF RECEIVED BY SUCH ENTITY"

## Optional Information
**Optional filer reference data/miscellaneous information:**
2672 54969

**EXHIBIT 2**