# Symplifi
*funding made easy*

370 Lexington Ave Suite 1002
New York, NY 10017

## UCC LIEN NOTICE OF ASSIGNMENT

**July 23rd, 2024**

**TO: Alfred Benesch & Company**

**VIAUSPS**
7979 East Tufts Avenue
Suite 800
Denver, CO 80237

*RE:* **SURVWEST LLC/**
**EIN: 26-4586113**
**MATTHEW JOHN BARR**
**SS: XXX-XX-2323**

To: Whom It May Concern:

This notice is being sent pursuant to UCC § 9-404, 9-406, and 9-607 as it has come to our attention that **Alfred Benesch & Company** has been conducting business with **SURVWEST LLC/   EIN:85-2160326** (the "Merchant"), located at **6501 E BELLEVIEW AVE STE 300, ENGLEWOOD, CO 80111**, and having accounts.

Please be advised that the Merchant has defaulted on a Merchant Agreements ("Agreement") entered by and between the Merchant and **SYMPLIFI** on **04/10/2024** which copies are enclosed for your reference. The balance due to and owing to **SYMPLIFI** is **$830,655.97**.

As holders of a perfected UCC with respect to the accounts receivable of the Merchant, and in accordance with the Agreement, **Simplifi** hereby demands that **Alfred Benesch & Company** comply with this request to pay all funds processed on behalf of the Merchant to **SYMPLIFI**.

In the event **Alfred Benesch & Company** fails or refuses to comply with the UCC Article 9's requirements, **Alfred Benesch & Company** may be liable to the secured parties for losses resulting from such non-compliance and may be required to pay statutory damages.

All such payments must be made to **SYMPLIFI** until the **$830,655.97** is paid in full

**Optimum Bank**
ACH/Wire Routing Number: 067015096
Account Number: 0210044681

**FUNDERS APP LLC D/B/A SYMPLIFI**
3323 NE 163rd Street, Suite 401
North Miami Beach, FL 33160

Please comply with the above immediately and contact me at **929-575-4181** or at roslenny@fundersapp.com  if you have any questions or concerns.

Sincerely
Roslenny Acosta
Collections Coordinator

**EXHIBIT 3**