**Exhibit A to Survwest LLC's Disclosure Statement**

| Period Covered | Q1 - 2026 | Q2 - 2026 | Q3 - 2026 | Q4 - 2026 | Total 2026 |
|---|---|---|---|---|---|
| **Revenue** | | | | | |
| Professional Revenue | **1,750,000** | **1,680,000** | **1,960,000** | **1,610,000** | **7,000,000** |
| | | | | | |
| **Cost of Sales** | | | | | |
| Direct Labor | 399,000 | 383,040 | 446,880 | 367,080 | 1,596,000 |
| Direct Expenses | 266,000 | 255,360 | 297,920 | 244,720 | 1,064,000 |
| **Total Cost of Sales** | **665,000** | **638,400** | **744,800** | **611,800** | **2,660,000** |
| | | | | | |
| Gross Margin | **1,085,000** | **1,041,600** | **1,215,200** | **998,200** | **4,340,000** |
| | | | | | |
| **Expenses** | | | | | |
| Indirect Labor | 18,826 | 21,460 | 24,759 | 32,622 | 97,667 |
| M. Barr compensation | 75,000 | 75,000 | 75,000 | 75,000 | 300,000 |
| D. Barr compensation | 39,500 | 39,500 | 39,500 | 39,500 | 158,000 |
| P. Barr compensation | 27,500 | 27,500 | 27,500 | 27,500 | 110,000 |
| Indirect Expenses | 13,953 | 13,953 | 13,953 | 13,953 | 55,812 |
| Group Health, Other Insurances | 67,172 | 52,263 | 52,263 | 52,263 | 223,961 |
| Payroll, Pension Taxes, Fees | 62,231 | 62,231 | 62,231 | 62,231 | 248,924 |
| Vacation, Holiday, Other Leave | 41,935 | 31,866 | 41,935 | 41,935 | 157,671 |
| Vehicle & Equipment (leases/rentals) | 40,500 | 40,500 | 40,500 | 40,500 | 162,000 |
| Employee Welfare | 900 | 900 | 1,500 | 3,500 | 6,800 |
| Rent, Office Supplies | 41,021 | 41,397 | 41,397 | 41,397 | 165,212 |
| CAD, Software, Computer | 17,004 | 17,004 | 17,004 | 17,004 | 68,016 |
| Professional Development | 1,520 | 1,520 | 1,885 | 2,125 | 7,050 |
| Accounting, Legal, Bank Fees | 1,285 | 1,285 | 4,150 | 4,150 | 10,870 |
| Recruitment | 1,650 | 1,650 | 1,650 | 1,650 | 6,600 |
| IT Services, Internet | 6,994 | 6,994 | 6,994 | 6,944 | 27,926 |
| Phone Services | 1,385 | 1,385 | 1,385 | 1,385 | 5,540 |
| Vehicle & Equipment | 18,826 | 19,518 | 19,518 | 19,518 | 77,380 |
| Business, Commercial Insurance | 81,525 | 81,525 | 81,525 | 81,525 | 326,100 |
| Bonus, Incentives | 32,500 | 52,500 | 60,000 | 60,000 | 205,000 |
| Marketing Expenses | 1,800 | 1,800 | 4,285 | 6,185 | 14,070 |
| Business Development Expenses | 3,800 | 4,600 | 42,186 | 42,186 | 92,772 |
| Depreciation | 82,458 | 16,188 | 16,188 | 16,188 | 131,022 |
| Interest, Taxes, Fees | 44,493 | 44,493 | 44,493 | 44,493 | 177,972 |
| | | | | | |
| Total Non-Plan Expenses | **723,778** | **657,032** | **721,801** | **733,754** | **2,836,365** |
| | | | | | |
| Net Operating Income ` | **361,222** | **384,568** | **493,399** | **264,446** | **1,503,635** |
| | | | | | |
| **Plan Payments** | | | | | |
| Class 1 - KeyBank/Dallas Wilson | 11,123 | 11,123 | 11,123 | 11,123 | 44,492 |
| Class 2(a) - SBA - Loan #7203 | 23,169 | 23,169 | 23,169 | 23,169 | 92,676 |
| Class 2(b) - SBA - Loan #9110 | 7,311 | 7,311 | 7,311 | 7,311 | 29,244 |
| Class 3(a) - TBK Bank - Loan #6558 | 89,843 | 89,843 | 89,843 | 89,843 | 359,372 |
| Class 3(b) - TBK Bank - Loan #9222 | 4,851 | 4,851 | 4,851 | 4,851 | 19,403 |
| Class 3(c) - TBK Bank - Loan #0002 | 3,762 | 3,762 | 3,762 | 3,762 | 15,050 |
| Class 3(d) - TBK Bank - Loan #4588 | 3,956 | 3,956 | 3,956 | 3,956 | 15,825 |
| Class 3(e) - TBK Bank - Loan #2772 | 7,519 | 7,519 | 7,519 | 7,519 | 30,077 |
| Class 4 - Enterprise Fleet Mngmt | 80,000 | - | - | - | 80,000 |
| Class 5 - First Western Equipment Finance | 14,212 | - | - | - | 14,212 |
| Class 6(a) - Leaf - Loan #1002 | - | - | - | - | - |
| Class 6(b) - Leaf - Loan #1003 | 2,462 | 2,462 | 2,462 | 2,462 | 9,849 |
| Total Plan Payments | 248,209 | 153,997 | 153,997 | 153,997 | 710,200 |
| Net Profits (after Plan Payments) | 113,013 | 230,571 | 339,402 | 110,449 | 793,435 |
| **Net Profits Fund (75% of Net Profits)** | **84,760** | **172,928** | **254,552** | **82,837** | **595,076** |
| Administrative Expenses | | | | | |
| Newpoint Advisors Corporation - L/C | 35,398 | 164,602 | - | - | 200,000 |
| Ch. 11 trustee | 31,472 | 144,738 | - | - | 176,210 |
| Markus Williams | 32,363 | 112,637 | - | - | 145,000 |
| Wadsworth Garber | 15,063 | 30,125 | - | - | 45,188 |
| US Trustee | 7,776 | 6,488 | 7,006 | 7,102 | 28,373 |
| RMR lease - Denver | 61,892 | 123,783 | - | - | 185,675 |
| Sun Valley - Ft. Worth | 15,351 | 30,702 | - | - | 46,053 |
| Barr DIP loan | 22,366 | 89,462 | - | - | 111,828 |
| Plan adminstrator fee | - | 10,000 | 10,000 | 10,000 | 30,000 |
| Total Administrative Expenses | 221,679 | 712,539 | 17,006 | 17,102 | 968,326 |
| Class 8 - General Unsecured Creditors | - | - | - | - | - |

EXHIBIT A

**Exhibit A to Survwest LLC's Disclosure Statement**

| Period Covered | Q1 - 2027 | Q2 - 2027 | Q3 - 2027 | Q4 - 2027 | Total 2027 |
|---|---|---|---|---|---|
| **Revenue** | | | | | |
| Professional Revenue | **1,847,027** | **1,847,027** | **1,879,350** | **1,926,597** | **7,500,000** |
| | | | | | |
| **Cost of Sales** | | | | | |
| Direct Labor | 410,040 | 410,040 | 417,216 | 427,704 | 1,665,000 |
| Direct Expenses | 273,360 | 273,360 | 278,144 | 285,136 | 1,110,000 |
| **Total Cost of Sales** | **683,400** | **683,400** | **695,359** | **712,841** | **2,775,000** |
| | | | | | |
| **Gross Margin** | **1,163,627** | **1,163,627** | **1,183,990** | **1,213,756** | **4,725,000** |
| | | | | | |
| **Expenses** | | | | | |
| Indirect Labor | 37,210 | 37,210 | 40,420 | 45,113 | 159,953 |
| M. Barr compensation | 77,250 | 77,250 | 77,250 | 77,250 | 309,000 |
| D. Barr compensation | 40,685 | 40,685 | 40,685 | 40,685 | 162,740 |
| P. Barr compensation | 28,325 | 28,325 | 28,325 | 28,325 | 113,300 |
| Indirect Expenses | 14,371 | 14,371 | 14,371 | 14,371 | 57,484 |
| Group Health, Other Insurances | 56,444 | 56,444 | 56,444 | 56,444 | 225,776 |
| Payroll, Pension Taxes, Fees | 65,343 | 65,343 | 65,343 | 65,343 | 261,370 |
| Vacation, Holiday, Other Leave | 32,821 | 32,821 | 32,821 | 32,821 | 131,284 |
| Vehicle & Equipment (leases/rentals) | 41,715 | 41,715 | 41,715 | 41,715 | 166,860 |
| Employee Welfare | 1,050 | 3,500 | 1,050 | 5,500 | 11,100 |
| Rent, Office Supplies | 43,467 | 43,467 | 43,467 | 43,467 | 173,867 |
| CAD, Software, Computer | 17,514 | 17,514 | 17,514 | 17,514 | 70,056 |
| Professional Development | 1,600 | 1,600 | 1,600 | 1,600 | 6,400 |
| Accounting, Legal, Bank Fees | 4,150 | 4,150 | 4,150 | 4,150 | 16,600 |
| Recruitment | 1,650 | 1,650 | 1,650 | 1,650 | 6,600 |
| IT Services, Internet | 7,250 | 7,250 | 7,250 | 7,250 | 29,000 |
| Phone Services | 1,426 | 1,426 | 1,426 | 1,426 | 5,704 |
| Vehicle & Equipment | 20,103 | 20,103 | 20,103 | 20,103 | 80,412 |
| Business, Commercial Insurance | 86,417 | 86,417 | 86,417 | 86,417 | 345,666 |
| Bonus, Incentives | 60,000 | 60,000 | 60,000 | 60,000 | 240,000 |
| Marketing Expenses | 6,586 | 6,586 | 6,586 | 6,586 | 26,344 |
| Business Development Expenses | 43,452 | 43,452 | 43,452 | 43,452 | 173,806 |
| Depreciation | 12,128 | 12,128 | 12,128 | 12,128 | 48,512 |
| Interest, Taxes, Fees | 45,827 | 45,827 | 45,827 | 45,827 | 183,308 |
| | | | | | |
| **Total Non-Plan Expenses** | **746,782** | **749,232** | **749,992** | **759,135** | **3,005,143** |
| | | | | | |
| **Net Operating Income** ` | **416,844** | **414,394** | **433,998** | **454,620** | **1,719,857** |
| | | | | | |
| **Plan Payments** | | | | | |
| Class 1 - KeyBank/Dallas Wilson | 11,123 | 11,123 | 11,123 | 11,123 | 44,492 |
| Class 2(a) - SBA - Loan #7203 | 23,169 | 23,169 | 23,169 | 23,169 | 92,676 |
| Class 2(b) - SBA - Loan #9110 | 7,311 | 7,311 | 7,311 | 7,311 | 29,244 |
| Class 3(a) - TBK Bank - Loan #6558 | 89,843 | 89,843 | 89,843 | 89,843 | 359,372 |
| Class 3(b) - TBK Bank - Loan #9222 | 4,851 | 4,851 | 4,851 | 4,851 | 19,403 |
| Class 3(c) - TBK Bank - Loan #0002 | 3,762 | 3,762 | 3,762 | 3,762 | 15,050 |
| Class 3(d) - TBK Bank - Loan #4588 | 3,956 | 3,956 | 3,956 | 3,956 | 15,825 |
| Class 3(e) - TBK Bank - Loan #2772 | 7,519 | 7,519 | 7,519 | 7,519 | 30,077 |
| Class 4 - Enterprise Fleet Mngmt | - | - | - | - | - |
| Class 5 - First Western Equipment Finance | - | - | - | - | - |
| Class 6(a) - Leaf - Loan #1002 | - | - | - | - | - |
| Class 6(b) - Leaf - Loan #1003 | 2,462 | 2,462 | 2,462 | 2,462 | 9,849 |
| Total Plan Payments | 153,997 | 153,997 | 153,997 | 153,997 | 615,987 |
| Net Profits (after Plan Payments) | 262,848 | 260,398 | 280,001 | 300,624 | 1,103,870 |
| **Net Profits Fund (75% of Net Profits)** | **197,136** | **195,298** | **210,001** | **225,468** | **827,902** |
| Administrative Expenses | | | | | |
| Newpoint Advisors Corporation - L/C | | | | | - |
| Ch. 11 trustee | | | | | - |
| Markus Williams | | | | | - |
| Wadsworth Garber | | | | | - |
| US Trustee | 7,206 | 7,226 | 7,232 | 7,305 | 28,969 |
| RMR lease - Denver | | | | | - |
| Sun Valley - Ft. Worth | | - | - | | - |
| Barr DIP loan | | | | | - |
| Plan adminstrator fee | 10,000 | 10,000 | 10,000 | 10,000 | 40,000 |
| Total Administrative Expenses | 17,206 | 17,226 | 17,232 | 17,305 | 68,969 |
| Class 8 - General Unsecured Creditors | 179,929 | 178,072 | 192,769 | 208,163 | 758,933 |

EXHIBIT A

**Exhibit A to Survwest LLC's Disclosure Statement**

| Period Covered | Q1 - 2028 | Q2 - 2028 | Q3 - 2028 | Q4 - 2028 | Total 2028 |
|---|---|---|---|---|---|
| **Revenue** | | | | | |
| Professional Revenue | **1,741,935** | **1,741,935** | **2,000,000** | **2,516,129** | **8,000,000** |
| | | | | | |
| **Cost of Sales** | | | | | |
| Direct Labor | 386,710 | 386,710 | 444,000 | 558,581 | 1,776,000 |
| Direct Expenses | 257,806 | 257,806 | 296,000 | 372,387 | 1,184,000 |
| **Total Cost of Sales** | **644,516** | **644,516** | **740,000** | **930,968** | **2,960,000** |
| | | | | | |
| **Gross Margin** | **1,097,419** | **1,097,419** | **1,260,000** | **1,585,161** | **5,040,000** |
| | | | | | |
| **Expenses** | | | | | |
| Indirect Labor | 40,725 | 40,725 | 40,725 | 40,725 | 162,901 |
| M. Barr compensation | 79,568 | 79,568 | 79,568 | 79,568 | 318,270 |
| D. Barr compensation | 41,906 | 41,906 | 41,906 | 41,906 | 167,622 |
| P. Barr compensation | 29,175 | 29,175 | 29,175 | 29,175 | 116,699 |
| Indirect Expenses | 14,802 | 14,802 | 14,802 | 14,802 | 59,208 |
| Group Health, Other Insurances | 60,959 | 60,959 | 60,959 | 60,959 | 243,836 |
| Payroll, Pension Taxes, Fees | 68,609 | 68,609 | 68,609 | 68,609 | 274,436 |
| Vacation, Holiday, Other Leave | 33,805 | 33,805 | 33,805 | 33,805 | 135,220 |
| Vehicle & Equipment (leases/rentals) | 21,850 | 18,760 | 14,250 | 10,250 | 65,110 |
| Employee Welfare | 1,285 | 4,200 | 1,285 | 6,100 | 12,870 |
| Rent, Office Supplies | 45,640 | 45,640 | 45,640 | 45,640 | 182,560 |
| CAD, Software, Computer | 18,039 | 18,039 | 18,039 | 18,039 | 72,156 |
| Professional Development | 1,650 | 1,650 | 1,650 | 1,650 | 6,600 |
| Accounting, Legal, Bank Fees | 4,150 | 4,150 | 4,150 | 4,150 | 16,600 |
| Recruitment | 1,650 | 1,650 | 1,650 | 1,650 | 6,600 |
| IT Services, Internet | 7,467 | 7,250 | 7,250 | 7,250 | 29,217 |
| Phone Services | 1,468 | 1,468 | 1,468 | 1,468 | 5,872 |
| Vehicle & Equipment | 20,706 | 20,706 | 20,706 | 20,706 | 82,824 |
| Business, Commercial Insurance | 91,601 | 91,601 | 91,601 | 91,601 | 366,404 |
| Bonus, Incentives | 60,000 | 60,000 | 60,000 | 60,000 | 240,000 |
| Marketing Expenses | 6,783 | 6,783 | 6,783 | 6,783 | 27,132 |
| Business Development Expenses | 44,755 | 44,755 | 44,755 | 44,755 | 179,020 |
| Depreciation | 98,455 | 98,455 | 98,455 | 98,455 | 393,820 |
| Interest, Taxes, Fees | 47,201 | 47,201 | 47,201 | 47,201 | 188,804 |
| | | | | | |
| **Total Non-Plan Expenses** | **842,248** | **841,856** | **834,431** | **835,246** | **3,353,781** |
| | | | | | |
| **Net Operating Income `** | **255,171** | **255,563** | **425,569** | **749,915** | **1,686,219** |
| | | | | | |
| **Plan Payments** | | | | | |
| Class 1 - KeyBank/Dallas Wilson | 11,123 | 11,123 | 11,123 | 11,123 | 44,492 |
| Class 2(a) - SBA - Loan #7203 | 23,169 | 23,169 | 23,169 | 23,169 | 92,676 |
| Class 2(b) - SBA - Loan #9110 | 7,311 | 7,311 | 7,311 | 7,311 | 29,244 |
| Class 3(a) - TBK Bank - Loan #6558 | 89,843 | 89,843 | 89,843 | 89,843 | 359,372 |
| Class 3(b) - TBK Bank - Loan #9222 | 4,851 | 4,851 | 4,851 | 4,851 | 19,403 |
| Class 3(c) - TBK Bank - Loan #0002 | 3,762 | 3,762 | 3,762 | 3,762 | 15,050 |
| Class 3(d) - TBK Bank - Loan #4588 | 3,956 | 3,956 | 3,956 | 3,956 | 15,825 |
| Class 3(e) - TBK Bank - Loan #2772 | 7,519 | 7,519 | 7,519 | 7,519 | 30,077 |
| Class 4 - Enterprise Fleet Mngmt | - | - | - | - | - |
| Class 5 - First Western Equipment Finance | - | - | - | - | - |
| Class 6(a) - Leaf - Loan #1002 | - | - | - | - | - |
| Class 6(b) - Leaf - Loan #1003 | 2,462 | 2,462 | 2,462 | 2,462 | 9,849 |
| Total Plan Payments | 153,997 | 153,997 | 153,997 | 153,997 | 615,987 |
| Net Profits (after Plan Payments) | 101,175 | 101,567 | 271,572 | 595,918 | 1,070,232 |
| **Net Profits Fund (75% of Net Profits)** | **75,881** | **76,175** | **203,679** | **446,939** | **802,674** |
| Administrative Expenses | | | | | |
| Newpoint Advisors Corporation - L/C | | | | | - |
| Ch. 11 trustee | | | | | - |
| Markus Williams | | | | | - |
| Wadsworth Garber | | | | | - |
| US Trustee | 7,970 | 7,967 | 7,907 | 7,914 | 31,758 |
| RMR lease - Denver | | | | | - |
| Sun Valley - Ft. Worth | | - | - | | - |
| Barr DIP loan | | | | | - |
| Plan adminstrator fee | 10,000 | 10,000 | 10,000 | 10,000 | 40,000 |
| Total Administrative Expenses | 17,970 | 17,967 | 17,907 | 17,914 | 71,758 |
| Class 8 - General Unsecured Creditors | 57,911 | 58,208 | 185,772 | 429,025 | 730,916 |

EXHIBIT A

**Exhibit A to Survwest LLC's Disclosure Statement**

| Period Covered | Q1 - 2029 | Q2 - 2029 | Q3 - 2029 | Q4 - 2029 | Total 2029 |
|---|---|---|---|---|---|
| **Revenue** | | | | | |
| Professional Revenue | 1,850,806 | 1,850,806 | 2,125,000 | 2,673,387 | 8,500,000 |
| | | | | | |
| **Cost of Sales** | | | | | |
| Direct Labor | 410,879 | 410,879 | 471,750 | 593,492 | 1,887,000 |
| Direct Expenses | 273,919 | 273,919 | 314,500 | 395,661 | 1,258,000 |
| **Total Cost of Sales** | **684,798** | **684,798** | **786,250** | **989,153** | **3,145,000** |
| | | | | | |
| **Gross Margin** | **1,166,008** | **1,166,008** | **1,338,750** | **1,684,234** | **5,355,000** |
| | | | | | |
| **Expenses** | | | | | |
| Indirect Labor | 36,206 | 36,206 | 36,206 | 36,206 | 144,823 |
| M. Barr compensation | 81,955 | 81,955 | 81,955 | 81,955 | 327,818 |
| D. Barr compensation | 43,163 | 43,163 | 43,163 | 43,163 | 172,651 |
| P. Barr compensation | 30,050 | 30,050 | 30,050 | 30,050 | 120,200 |
| Indirect Expenses | 15,246 | 15,246 | 15,246 | 15,246 | 60,984 |
| Group Health, Other Insurances | 65,835 | 65,835 | 65,835 | 65,835 | 263,340 |
| Payroll, Pension Taxes, Fees | 72,039 | 72,039 | 72,039 | 72,039 | 288,156 |
| Vacation, Holiday, Other Leave | 34,819 | 34,819 | 34,819 | 34,819 | 139,276 |
| Vehicle & Equipment (leases/rentals) | - | - | - | - | - |
| Employee Welfare | 1,285 | 4,200 | 1,285 | 6,100 | 12,870 |
| Rent, Office Supplies | 47,922 | 47,922 | 47,922 | 47,922 | 191,688 |
| CAD, Software, Computer | 18,850 | 18,850 | 18,850 | 18,850 | 75,400 |
| Professional Development | 1,650 | 1,650 | 1,650 | 1,650 | 6,600 |
| Accounting, Legal, Bank Fees | 4,150 | 4,150 | 4,150 | 4,150 | 16,600 |
| Recruitment | 1,650 | 1,650 | 1,650 | 1,650 | 6,600 |
| IT Services, Internet | 7,467 | 7,467 | 7,467 | 7,467 | 29,868 |
| Phone Services | 1,512 | 1,512 | 1,512 | 1,512 | 6,048 |
| Vehicle & Equipment | 21,327 | 21,327 | 21,327 | 21,327 | 85,308 |
| Business, Commercial Insurance | 97,097 | 97,097 | 97,097 | 97,097 | 388,388 |
| Bonus, Incentives | 60,000 | 60,000 | 60,000 | 60,000 | 240,000 |
| Marketing Expenses | 6,985 | 6,985 | 6,985 | 6,985 | 27,940 |
| Business Development Expenses | 46,097 | 46,097 | 46,097 | 46,097 | 184,388 |
| Depreciation | 98,455 | 94,500 | 92,850 | 92,850 | 378,655 |
| Interest, Taxes, Fees | 47,201 | 47,201 | 47,201 | 47,201 | 188,804 |
| | | | | | |
| **Total Non-Plan Expenses** | **840,960** | **839,920** | **835,355** | **840,170** | **3,356,405** |
| | | | | | |
| **Net Operating Income** ` | **325,048** | **326,088** | **503,395** | **844,064** | **1,998,595** |
| | | | | | |
| **Plan Payments** | | | | | |
| Class 1 - KeyBank/Dallas Wilson | 11,123 | 11,123 | 11,123 | 11,123 | 44,492 |
| Class 2(a) - SBA - Loan #7203 | 23,169 | 23,169 | 23,169 | 23,169 | 92,676 |
| Class 2(b) - SBA - Loan #9110 | 7,311 | 7,311 | 7,311 | 7,311 | 29,244 |
| Class 3(a) - TBK Bank - Loan #6558 | 89,843 | 89,843 | 89,843 | 89,843 | 359,372 |
| Class 3(b) - TBK Bank - Loan #9222 | 4,851 | 4,851 | 4,851 | 4,851 | 19,403 |
| Class 3(c) - TBK Bank - Loan #0002 | 3,762 | 3,762 | 3,762 | 3,762 | 15,050 |
| Class 3(d) - TBK Bank - Loan #4588 | 3,956 | 3,956 | 3,956 | 3,956 | 15,825 |
| Class 3(e) - TBK Bank - Loan #2772 | 7,519 | 7,519 | 7,519 | 7,519 | 30,077 |
| Class 4 - Enterprise Fleet Mngmt | - | - | - | - | - |
| Class 5 - First Western Equipment Finance | - | - | - | - | - |
| Class 6(a) - Leaf - Loan #1002 | - | - | - | - | - |
| Class 6(b) - Leaf - Loan #1003 | 2,462 | 2,462 | 2,462 | 2,462 | 9,849 |
| Total Plan Payments | 153,997 | 153,997 | 153,997 | 153,997 | 615,987 |
| Net Profits (after Plan Payments) | 171,051 | 172,091 | 349,398 | 690,067 | 1,382,608 |
| **Net Profits Fund (75% of Net Profits)** | **128,288** | **129,068** | **262,049** | **517,550** | **1,036,956** |
| Administrative Expenses | | | | | |
| Newpoint Advisors Corporation - L/C | | | | | - |
| Ch. 11 trustee | | | | | - |
| Markus Williams | | | | | - |
| Wadsworth Garber | | | | | - |
| US Trustee | 7,960 | 7,951 | 7,915 | 7,953 | 31,779 |
| RMR lease - Denver | | | | | - |
| Sun Valley - Ft. Worth | | - | - | | - |
| Barr DIP loan | | | | | - |
| Plan adminstrator fee | 10,000 | 10,000 | 10,000 | 10,000 | 40,000 |
| Total Administrative Expenses | 17,960 | 17,951 | 17,915 | 17,953 | 71,779 |
| Class 8 - General Unsecured Creditors | 110,329 | 111,117 | 244,134 | 499,597 | 965,177 |

EXHIBIT A