**EXHIBIT B TO SURVWEST LLC DISCLOSURE STATEMENT**

| | | Description | Manufacturer | VIN/SN | Net Book Value | Replacement Value | Notes |
|---|---|---|---|---|---|---|---|
| **Group : Computers & Softwares** | | | | | | | |
| | | SURVWEST-193 | Dell | I-7 9850H | 1,800.00 | 2,687.00 | SBA/TBK |
| | | SURVWEST-121 | Dell | R9 5950X | 1,800.00 | 2,687.00 | SBA/TBK |
| | | SURVWEST126 | Dell | R9 5950X | 1,800.00 | 2,687.00 | SBA/TBK |
| | | SURVWEST-192 | Dell | I-7 12700F | 1,800.00 | 2,687.00 | SBA/TBK |
| | | General-Machine | Dell | R9 5950X | 1,800.00 | 2,687.00 | SBA/TBK |
| | | SURVWEST-183 | Dell | I-7 1360P | 1,800.00 | 2,687.00 | SBA/TBK |
| | | SURVWEST-189 | Dell | I-7 11850H | 1,800.00 | 2,687.00 | SBA/TBK |
| | | SURVWEST126 | Dell | I7 10750H | 1,800.00 | 2,687.00 | SBA/TBK |
| | | SURVWEST123 | Dell | I7 10750H | 1,800.00 | 2,687.00 | SBA/TBK |
| | | SURVWEST-191 | Dell | I-7 8750H | 1,800.00 | 2,687.00 | SBA/TBK |
| | | SURVWEST155 | Xeon | W-2104 | 2,100.00 | 3,845.00 | SBA/TBK |
| | | SURVWEST-197 | Dell | i5 8350U | 1,800.00 | 2,687.00 | SBA/TBK |
| | | SURVWEST-187 | Dell | I-7 10750H | 1,800.00 | 2,687.00 | SBA/TBK |
| | | SURVWEST-150 | Dell | I7-13620H | 1,800.00 | 2,687.00 | SBA/TBK |
| | | SURVWEST-200 | Dell | I-9 13900 | 1,800.00 | 2,687.00 | SBA/TBK |
| | | SURVWEST-222 | Dell | I-7 14700KF | 1,800.00 | 2,687.00 | SBA/TBK |
| | | SURVWEST-199 | Dell | I-9 13900 | 1,800.00 | 2,687.00 | SBA/TBK |
| | | SURVWEST-190 | Dell | I-7 10750H | 1,800.00 | 2,687.00 | SBA/TBK |
| | | SURVWEST-196 | Dell | I9-5498 | 1,800.00 | 2,687.00 | SBA/TBK |
| | | SURVWEST-224 | Dell | I7-13620H | 1,800.00 | 2,687.00 | SBA/TBK |
| | | SURVWEST-227 | Dell | I-5 1335U | 1,800.00 | 2,687.00 | SBA/TBK |
| | | SURVWEST132 | Dell | I-7 13800H | 1,800.00 | 2,687.00 | SBA/TBK |
| | | FORTWORTH-GENERAL | Dell | I5 8300H | 1,000.00 | 2,687.00 | SBA/TBK |
| | | SURVWEST156 | Xeon | N5030 | 1,000.00 | 2,687.00 | SBA/TBK |
| | | SURVWEST-223 | Dell | I7-13620H | 1,800.00 | 2,687.00 | SBA/TBK |
| | | SURVWEST-310 | Dell | I-7 1365U | 1,800.00 | 2,687.00 | SBA/TBK |
| | | SURVWEST-186 | Dell | I5 1145G7 | 1,800.00 | 2,687.00 | SBA/TBK |
| | | SURVWEST106 | Dell | I7-13620H | 2,100.00 | 3,845.00 | SBA/TBK |
| | | SURVWEST-226 | Dell | I-7 1365U | 2,100.00 | 3,845.00 | SBA/TBK |
| | | SURVWEST-228 | Dell | I-7 10850H | 2,100.00 | 3,845.00 | SBA/TBK |
| | | SURVWEST-229 | Dell | I-7 1365U | 4,184.00 | 8,167.00 | SBA/TBK |
| | | SURVWEST-230 | Dell | I-7 11800H | 4,184.00 | 8,167.00 | SBA/TBK |
| | | SURVWEST-198 | Dell | I5 7200U | 1,000.00 | 1,422.00 | SBA/TBK |
| | | SURVWEST-311 | Xeon | E-2286G | 2,100.00 | 2,687.00 | SBA/TBK |
| | | SURVWEST-312 | Xeon | N5038 | 2,100.00 | 2,687.00 | SBA/TBK |
| | | Dell Server-Main | Dell | 56988176 | 18,988.00 | 45,144.00 | SBA/TBK |
| | | Dell Server-Fort Worth | Dell | 42986779 | 12,167.00 | 28,166.00 | SBA/TBK |
| | | | | | **98,323.00** | **181,682.00** | |
| **Group : Furniture & Fixtures** | | | | | | | |
| | | Furniture - Denver Office | | Furniture & Fixtures | 34,850.00 | 142,688.00 | SBA/TBK |
| | | Furniture - Fort Worth Office | | Furniture & Fixtures | 9,743.94 | 41,688.00 | SBA/TBK |
| | | Furniture-Austin Office | | Furniture & Fixtures | 6,317.67 | 39,766.00 | SBA/TBK |
| | | | | | **50,911.61** | **224,142.00** | |
| **Group : Survey Equipment** | | | | | | | |
| | | R6-3 | Trimble | 5239497038 | 5,100.00 | 7,250.00 | SBA/TBK |
| | | R6-3 | Trimble | 5239497014 | 5,100.00 | 7,250.00 | SBA/TBK |
| | | R6-4 | Trimble | 5321437511 | 5,100.00 | 7,250.00 | SBA/TBK |
| | | R6-4 | Trimble | 5311428285 | 5,100.00 | 7,250.00 | SBA/TBK |
| | | R6-4 | Trimble | 5321437462 | 5,100.00 | 7,250.00 | SBA/TBK |
| | | R8-1 | Trimble | 4514147515 | 10,200.00 | 14,500.00 | SBA/TBK |
| | | R8-1 | Trimble | 4526152733 | 10,200.00 | 14,500.00 | SBA/TBK |
| | | R8-3 | Trimble | 4650125976 | 10,200.00 | 14,500.00 | SBA/TBK |
| | | R8-3 | Trimble | 5146476815 | 10,200.00 | 14,500.00 | SBA/TBK |
| | | R8-4 | Trimble | 5412459408 | 10,200.00 | 14,500.00 | SBA/TBK |
| | | R8-4 | Trimble | 5412459386 | 10,200.00 | 14,500.00 | SBA/TBK |
| | | R8-4 | Trimble | 5408455128 | 10,200.00 | 14,500.00 | SBA/TBK |
| | | R8-4 | Trimble | 5408455052 | 10,200.00 | 14,500.00 | SBA/TBK |
| | | R8s | Trimble | 5747R00329 | 10,200.00 | 14,500.00 | SBA/TBK |
| | | R8s | Trimble | 5805R00128 | 10,200.00 | 14,500.00 | SBA/TBK |
| | | R8s | Trimble | 5806R00466 | 10,200.00 | 14,500.00 | SBA/TBK |
| | | R8s | Trimble | 5805R00074 | 10,200.00 | 14,500.00 | SBA/TBK |
| | | R8s | Trimble | 5805R00120 | 10,200.00 | 14,500.00 | SBA/TBK |
| | | R8s | Trimble | 5805R00078 | 10,200.00 | 14,500.00 | SBA/TBK |
| | | S5 | Trimble | 37021183 | 20,150.00 | 27,500.00 | SBA/TBK |
| | | S5 | Trimble | 37021121 | 20,150.00 | 27,500.00 | SBA/TBK |
| | | S6 | Trimble | 93411347 | 20,150.00 | 27,500.00 | SBA/TBK |
| | | S6 | Trimble | 93410681 | 20,150.00 | 27,500.00 | SBA/TBK |
| | | S6 | Trimble | 93411330 | 20,150.00 | 27,500.00 | SBA/TBK |
| | | TSC3 | Trimble | RS1XC40500 | 5,650.00 | 7,985.00 | SBA/TBK |
| | | TSC3 | Trimble | RS53C91876 | 5,650.00 | 7,985.00 | SBA/TBK |
| | | TSC3 | Trimble | RS1IC30739 | 5,650.00 | 7,985.00 | SBA/TBK |
| | | TSC3 | Trimble | RS56C93361 | 5,650.00 | 7,985.00 | SBA/TBK |
| | | TSC3 | Trimble | RS55C93059 | 5,650.00 | 7,985.00 | SBA/TBK |
| | | TSC3 | Trimble | RS2GC49676 | 5,650.00 | 7,985.00 | SBA/TBK |
| | | TSC5 | Trimble | JAJ223210238 | 5,650.00 | 7,985.00 | SBA/TBK |
| | | TSC5 | Trimble | JAJ224420080 | 5,650.00 | 7,985.00 | SBA/TBK |

EXHIBIT B

| | Description | | Make | Serial # | Value 1 | Value 2 | Lien |
|---|---|---|---|---|---|---|---|
| | RIEGL SURVEY DRONE PACKAGE | | Riegl | SF98766411 | 78,200.00 | 126,800.00 | |
| | | | | | 392,450.00 | **567,430.00** | |
| | | | | | | | |
| | R12i | | Trimble | 6022F00167 | 29,500.00 | 31,495.00 | TBK 2200714558 |
| | R12i | | Trimble | 6224F00815 | 29,500.00 | 31,495.00 | TBK 2200714558 |
| | | | | | 59,000.00 | **62,990.00** | |
| | R12i | | Trimble | 6224F01674 | 29,500.00 | 31,495.00 | TBK 22072002 |
| | R12i | | Trimble | 6243F00453 | 29,500.00 | 31,495.00 | TBK 22072002 |
| | SX10 | | Trimble | 30411413 | 22,500.00 | 35,800.00 | TBK 22072002 |
| | SX10 | | Trimble | 30411415 | 22,500.00 | 35,800.00 | TBK 22072002 |
| | T10 | | Trimble | 01TT6D6X1840867 | 7,100.00 | 9,200.00 | TBK 22072002 |
| | TSC7 | | Trimble | DAD213800203 | 5,650.00 | 7,985.00 | TBK 22072002 |
| | | | | | 116,750.00 | **151,775.00** | |
| | TSC7 | | Trimble | DAD213400041 | 5,650.00 | 7,985.00 | First Western EFA13711901D |
| | TSC7 | | Trimble | DAD210100001 | 5,650.00 | 7,985.00 | First Western EFA13711901D |
| | R12i | | Trimble | 6404708865 | 29,500.00 | 31,495.00 | First Western EFA13711901D |
| | R12i | | Trimble | 64044708961 | 29,500.00 | 31,495.00 | First Western EFA13711901D |
| | R12i | | Trimble | 6405710261 | 29,500.00 | 31,495.00 | First Western EFA13711901D |
| | R12i | | Trimble | 6404708987 | 29,500.00 | 31,495.00 | First Western EFA13711901D |
| | R12i | | Trimble | 6404709029 | 29,500.00 | 31,495.00 | First Western EFA13711901D |
| | S5 | | Trimble | 37052106 | 20,150.00 | 27,500.00 | First Western EFA13711901D |
| | Multitrack | | Trimble | 96613967 | 4,500.00 | 6,780.00 | First Western EFA13711901D |
| | TSC5 | | Trimble | JAJ234010040 | 6,200.00 | 8,105.00 | First Western EFA13711901D |
| | EM120 | | Trimble | BAC233100711 | 2,400.00 | 2,589.00 | First Western EFA13711901D |
| | | | | | 192,050.00 | **218,419.00** | |
| | MiniRanger-3 LITE & Accessories | | Phoenix | 714883124 | 126,500.00 | 146,900.00 | Leaf 100-8912181-002 |
| | IF800 TOMCAT | | advexure | 1896537966 | 34,500.00 | 39,100.00 | Leaf 100-8912181-003 |
| | | | | | 161,000.00 | 186,000.00 | |

**Group : Utility Equipment**

| | Description | | Make | Serial # | Value 1 | Value 2 | Lien |
|---|---|---|---|---|---|---|---|
| | 53700 (500 FT) | | DCD | N/A | 800.00 | 1,600.00 | SBA/TBK |
| | 53700 (500 FT) | | DCD | N/A | 800.00 | 1,600.00 | SBA/TBK |
| | 53700 (500 FT) | | DCD | N/A | 800.00 | 1,600.00 | SBA/TBK |
| | 53700 (500 FT) | | DCD | N/A | 800.00 | 1,600.00 | SBA/TBK |
| | MMX-6 | | Dakota | 62622 | 1,500.00 | 3,200.00 | SBA/TBK |
| | MMX-6 | | Dakota | 62235 | 1,500.00 | 3,200.00 | SBA/TBK |
| | MT102 | | CST/Berger | 312000038 | 200.00 | 500.00 | SBA/TBK |
| | MT102 | | CST/Berger | 404101037 | 200.00 | 500.00 | SBA/TBK |
| | MT102 | | CST/Berger | 102078171 | 200.00 | 500.00 | SBA/TBK |
| | MT102 | | CST/Berger | 100016744 | 200.00 | 500.00 | SBA/TBK |
| | TW-6 | | Fisher | 011602557 | 800.00 | 1,200.00 | SBA/TBK |
| | TW-6 | | Fisher | 011602416 | 800.00 | 1,200.00 | SBA/TBK |
| | 8100 | | Radio Detection | 10/TX-10B-13189 | 5,400.00 | 7,631.00 | SBA/TBK |
| | 8100 | | Radio Detection | 10/TX-10B-8163 | 5,400.00 | 7,631.00 | SBA/TBK |
| | 8100 | | Radio Detection | 10TX-10B-8169 | 5,400.00 | 7,631.00 | SBA/TBK |
| | 8100 | | Radio Detection | 10/TX-10B-8167 | 5,400.00 | 7,631.00 | SBA/TBK |
| | 8100 | | Radio Detection | 10/TX-10B-7539 | 6,500.00 | 8,900.00 | SBA/TBK |
| | 8100 | | Radio Detection | 10/TX-10B-16929 | 10,000.00 | 12,000.00 | SBA/TBK |
| | 8100 | | Radio Detection | 10/TX-10B-13398 | 9,150.00 | 10,828.00 | SBA/TBK |
| | 4000 | | Radio Detection | T10-I-6356UL | 1,500.00 | 2,600.00 | SBA/TBK |
| | 4000 | | Radio Detection | T10-I-4139UL | 800.00 | 1,539.00 | SBA/TBK |
| | RD1000 | | Radio Detection | 006173610018 | 11,000.00 | 16,000.00 | SBA/TBK |
| | QV-AHD | | Envirosight Pole | QVAHD00127 | 21,000.00 | 25,000.00 | SBA/TBK |
| | Gator Camera | | Radio Detection | 10/RP3175-122-RD-69 | 21,000.00 | 25,000.00 | SBA/TBK |
| | | | | | 111,150.00 | **149,591.00** | |

**Group : Vehicles**

| | Description | | | VIN | Value 1 | Value 2 | Lien |
|---|---|---|---|---|---|---|---|
| | 2001 F550-5002 | | | 1FDAF56F71EC85002 | 28,000.00 | 95,000.00 | No lien |
| | 2009 FORD-650 - 8894 | | | 3FRNF65B59V188894 | 105,820.00 | 235,000.00 | No lien |
| | 2008 CHEVY 3500-0970 | | | 1GBJC33K18F180970 | 8,500.00 | 45,988.00 | No lien |
| | 2007 FORD VACUUM TRUCK S/N 8757 | | | 3FRNF65E97V438757 | 112,688.00 | 235,000.00 | No lien |
| | 2016 FORD F-150 | | | 1FTEW1EP9GFA29858 | 4,825.00 | 49,688.00 | No lien |
| | 2020 MERCEDES 580 GLS | | | 4JGFF8GFFGE5LA224402 | 69,188.00 | 111,249.00 | No lien |
| | | | | | 329,021.00 | **771,925.00** | |
| | 2011 Ford F650 Vac Truck | | | 3FRNF6FJ1BV121477 | 121,677.00 | **235,000.00** | TBK Bank #2200712772 |
| | 2022 Ford F250 4x4 | | | 1FT8W2BT6NEE64828 | 76,965.34 | 117,846.32 | Enterprise |
| | 2023 GMC Yukon 4x4 | | | 1GKS2DKL1NR268726 | 46,738.05 | 79,194.16 | Enterprise |
| | 25MQN9-2022 Ford F150 4x4 | | | 1FTFW1E52NKE90536 | 25,411.57 | 44,483.81 | Enterprise |
| | 25MQN6-2022 Ford F150 4x4 | | | 1FTFW1E57NKE90659 | 28,608.63 | 45,114.47 | Enterprise |
| | 25MQN3-2022 Ford F150 4x4 | | | 1FTFW1E55NKE90496 | 28,630.08 | 45,156.07 | Enterprise |
| | 26NSDN-2023 Toyota Tundra | | | 5TFMC5DB0PX017951 | 53,104.34 | 81,665.38 | Enterprise |
| | 26TVRW-2023 Chev-208417 | | | 3GCPDAEK7PG208417 | 38,856.17 | 52,869.84 | Enterprise |
| | 26TVSK-2023 Chev-208420 | | | 3GCPDAEK7PG208420 | 40,090.67 | 54,627.13 | Enterprise |
| | 26TVSN-2023 Chev-208427 | | | 3GCPDAEKXPG208427 | 41,171.26 | 55,402.13 | Enterprise |
| | 27294D-2024 Chev-113246 | | | 1GCPDAEK9RZ113246 | 42,906.81 | 50,341.29 | Enterprise |
| | 27294H-2024 Chev-112621 | | | 1GCPDAEK4RZ112621 | 41,757.17 | 48,987.68 | Enterprise |

EXHIBIT B

| | 27299G-2024 Chev-112413 | | 1GCPDAEK8RZ112413 | 43,121.45 | 49,274.59 | Enterprise |
| | 27299J-2024 Chev-112510 | | 1GCPDAEK6RZ112510 | 42,160.73 | 49,254.22 | Enterprise |
| | 27299K-2024 Chev-112664 | | 1GCPDAEK0RZ112664 | 42,160.73 | 49,254.22 | Enterprise |
| | 27299P-2024 Chev-112846 | | 1GCPDAEK6RZ112846 | 42,045.15 | 49,017.33 | Enterprise |
| | 27299S-2024 Chev-113964 | | 1GCPDAEK6RZ113964 | 41,785.27 | 49,998.06 | Enterprise |
| | 27299V-2024 Chev-112931 | | 1GCPDAEK8RZ112931 | 41,927.84 | 49,181.21 | Enterprise |
| | 272BB2-2024 Chev-113086 | | 1GCPDAEK2RZ113086 | 42,160.73 | 49,050.89 | Enterprise |
| | 272BB6-2024 Chev-113886 | | 1GCPDAEK1RZ113886 | 43,121.45 | 50,457.32 | Enterprise |
| | 272BBS-2024 Chev-114215 | | 1GCPDAEK3RZ114215 | 43,118.81 | 50,457.32 | Enterprise |
| | 272BC3-2024 Chev-114556 | | 1GCPDAEK7RZ114556 | 42,845.52 | 50,279.26 | Enterprise |
| | 272BC5-2024 Chev-113563 | | 1GCPDAEKXRZ113563 | 45,432.75 | 52,111.67 | Enterprise |
| | 272BGZ-2024 Chev-113682 | | 1GCPDAEK7RZ113682 | 45,401.19 | 52,071.34 | Enterprise |
| | 272BH3-2024 Chev-113878 | | 1GCPDAEK2RZ113878 | 45,403.50 | 52,071.34 | Enterprise |
| | 272BH6-2024 Chev-114449 | | 1GCPDAEK6RZ114449 | 45,403.50 | 52,071.34 | Enterprise |
| | 27HV5V-2023 Ford-82860 | | 1FT7W2BTXPED82860 | 54,377.06 | 59,056.27 | Enterprise |
| | | | | 1,124,705.77 | 1,439,294.66 | |

EXHIBIT B