**EXHIBIT C TO SURVWEST LLC'S DISCLOSURE STATEMENT**

| Claim | Amount | Creditor | Unsecured Amount |
|---|---|---|---|
| 1 | 120,600.00 | Underground Consulting Solutions, LLC. | 120,600 |
| 2 | 187,346.58 | ERC Specialists | 187,347 |
| 3 | 208,448.24 | First Western Equipment Finance | - |
| 4 | 96,030.92 | AWP, Inc. | 96,031 |
| 5 | 40,120.00 | Alliance PC | 40,120 |
| 6 | 22,658.38 | Vectors, Inc. | 22,658 |
| 8 | 879.68 | Franchise Tax Board | 880 |
| 9 | 20,290.00 | Crowder Construction, Inc. | 20,290 |
| 10 | 32,875.00 | Ayres Associates | 32,875 |
| 11 | 31,200.00 | SAM Surveying & Mapping, LLC | 31,200 |
| 12 | 30,554.19 | Senn Visciano Canges, P.C. | 30,554 |
| 13 | 185,200.00 | Aerial Surveys International, LLC | 185,200 |
| 14 | 188,013.24 | TBK Bank, SSB | 127,241 |
| 15 | 142,946.07 | TBK Bank, SSB | 142,946 |
| 16 | 51,789.83 | TBK Bank, SSB | - |
| 17-2 | 221,718.92 | Sun Valley Industrial Park, L.P. | 221,719 |
| 18 | 29,349.38 | TBK Bank, SSB | 29,349 |
| 19 | 30,035.35 | TBK Bank, SSB | - |
| 20-2 | 1,485,724.31 | TBK Bank, SSB | - |
| 21 | 665,705.61 | TBK Bank, SSB | 586,432 |
| 23 | 175,387.10 | American Express National Bank | 175,387 |
| 24 | 64,256.55 | American Express National Bank | 64,257 |
| 25 | 54,865.16 | American Express National Bank | 54,865 |
| 26 | 92,220.00 | 4M ANALYTICS INC. | 92,220 |
| 27 | 133,058.82 | Enterprise FM Trust/Enterprise Fleet Management | - |
| 28 | 523,601.09 | U.S. Small Business Administration | - |
| 29 | 1,648,852.34 | U.S. Small Business Administration | - |
| 30-2 | 830,760.98 | Funders App LLC | 710,761 |
| 31 | 85,037.59 | DMKA, LLC dba The Smarter Merchant | 85,038 |
| 32 | 386,489.00 | RDM Capital Funding, LLC dba Fintap | 386,489 |
| 33 | 3,647,355.67 | Dallas Wilson | 3,647,356 |
| 34 | 2,552,068.37 | Philip Stach | 2,552,068 |
| 35 | 555,548.77 | Travis Looney | 555,549 |
| 36 | 87,548.00 | Cromwell Capital, LLC | 87,548 |
| 37 | 52,487.82 | KFG Paloma, LLC | 52,488 |
| 38 | 38,780.00 | Geo Terra Surveying & Mapping LLC | 38,780 |
| 39 | 28,645.98 | LEAF Capital Funding, LLC | - |
| 40 | 160,125.98 | LEAF Capital Funding, LLC | 13,226 |
| 41 | 42,212.08 | LEAF Capital Funding, LLC | 3,112 |
| 42 | 173,655.65 | KeyBank - Dallas Wilson | - |
| 43 | | RMR OPF Denver LLC | 517,486 |
| E | | Anthem Blue Cross Blue Shield | 40,722 |
| F | | Altus Traffic Management LLC | 95,388 |
| F | | Barone, Inc. | 10,463 |
| F | | Bentley | 33,346 |
| F | | Bluevine/Celtic Bank Corporation | 113,712 |
| F | | Colorado Barricade | 6,671 |
| F | | Credit Key | 25,590 |
| F | | DOTomation Consulting, LLC | 6,000 |
| F | | Fortis Law Partners | 113,055 |
| F | | Kinneys Automotive | 12,201 |
| F | | Mathew Barr | 587,622 |
| F | | Roadway Traffic Control | 8,606 |
| | | **Total Unsecured Claims** | **11,965,447** |

EXHIBIT C