**EXHIBIT D TO SURVWEST LLC'S DISCLOSURE STATEMENT**

| Asset Description | Petition Date Value (1) | Liens/Interests | Net Value | Costs / Liquidation discount | Net Value |
|---|---|---|---|---|---|
| TBK Bank Checking Account - 2631 | 177,072 | TBK (exceeds value) | - | | - |
| TBK Bank Certificate of Deposit | 29,170 | TBK (equals value) | - | | - |
| Security Deposits - Office locations | 46,582 | No cash value (applied to pre-petition | - | | - |
| Pre-payments (software contracts) | 247,509 | No cash value (applied to contract ba | - | | - |
| Accounts Receivable | 1,635,129 | SBA/TBK (exceeds value) | - | | - |
| Work in Progress | 879,841 | SBA/TBK (exceeds value) | - | | - |
| Supplies | 8,900 | SBA/TBK (exceeds value) | - | | - |
| Computers | 181,682 | SBA/TBK (exceeds value) | - | | - |
| Furniture - Denver [2] | 142,688 | SBA/TBK (exceeds value) | - | | - |
| Furniture - Fort Worth | 9,744 | SBA/TBK (exceeds value) | - | | - |
| Furniture - Austin | 6,318 | SBA/TBK (exceeds value) | - | | - |
| Survey Equipment (misc.) | 567,430 | SBA/TBK (exceeds value) | - | | - |
| Utility Equipment (misc.) | 149,591 | SBA/TBK (exceeds value) | - | | - |
| Trimble 6224F011674; Trimble 6243F00453; Trimble 30411413; Trimble 30411415; Trimble 01TT6D6X1840867; Trimble DAD213800203 | 151,775 | FWEF/TBK (exceeds value) | - | | - |
| Trimble 6022F00167; Trimble 6224F0 | 62,990 | FWEF/TBK (exceeds value) | - | | - |
| Misc. Trimble Equipment | 218,419 | | - | | - |
| Phoenix 714883124 | 146,900 | LEAF/TBK (exceeds value) | - | | - |
| advexure 1896537966 | 39,100 | LEAF/TBK (exceeds value) | - | | - |
| survwest.com | Unknown | SBA/TBK | - | | - |
| Goodwill | Unknown | SBA/TBK | - | | - |
| Vehicles (Enterprise Master Equity Le: | 1,439,295 | Enterprise | 1,043,104 | 30% | 730,173 |
| 2011 Ford FB vehicle | 235,000 | TBK | 183,210 | 60% | 73,284 |
| 2001 Ford F550 vehicle | 95,000 | None | 95,000 | 60% | 38,000 |
| 2009 Ford F650 vehicle | 235,000 | None | 235,000 | 99% | 2,425 |
| 2008 Chevrolet 2400 vehicle | 45,988 | None | 45,988 | 77% | 10,750 |
| 2007 Ford vacuum truck | 235,000 | None | 235,000 | 97% | 7,550 |
| 2016 Ford F150 vehicle | 49,688 | None | 49,688 | | 49,688 |
| Litigation claim - Barr claims | Unknown | None | Unknown | | Unknown |
| Litigation claim - UP Railroad | Unknown | SBA/TBK | Unknown | | Unknown |

| | | |
|---|---|---|
| **Net Liquidation Value** | | **911,870** |
| Less: Chapter 7 Trustee commission | | (27,356) |
| Less: Chapter 7 admin. Accountant | | (10,000) |
| Less: Chapter 7 admin. Attorney | | (25,000) |
| Less: winddown, rent, insurance, utilities | | (575,000) |
| Less: Estimated capital gains | | (200,000) |
| **Estimated Chapter 7 dividend to unsecured creditors** | | **74,514** |
| Total unsecured claims | | 11,965,447 |
| Unsecured recovery % | | 0.6% |

**Notes**
1) Unless otherwise stated, values above are replacement value.
2) The Debtor has rejected the leases in Denver, Austin, and Fort Worth and has discontinued using these assets

EXHIBIT D