**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Thomas B. McNamara

In re:

SURVWEST, LLC,

Bankruptcy Case No. 24-15214 TBM
Chapter 11

Debtor.

_____

**ORDER FOR HEARING ON ADEQUACY OF DISCLOSURE STATEMENT**
_____

The Debtor, SurvWest, LLC (the "Plan Proponent") filed a Disclosure Statement (Docket No. 409, the "Disclosure Statement") and a Plan of Reorganization (Docket No. 408, the "Plan") under Chapter 11 of the Bankruptcy Code on April 7, 2026. Accordingly,

IT IS ORDERED:

1. The Hearing to consider the adequacy of and to approve the Disclosure Statement pursuant to 11 U.S.C. § 1125 will be held before the undersigned Judge on **Wednesday, May 27, 2026, at 2:30 p.m., in Courtroom E**, United States Bankruptcy Court for the District of Colorado, United States Custom House, 721 19th Street, Denver, Colorado (the "Hearing").

2. On or before **April 15, 2026**, the Plan Proponent shall

    a.    mail the Notice of Hearing in the form attached (the "Notice of Hearing") to all creditors and indenture trustees, all equity security holders, and other parties in interest; and,

    b.    mail a copy of the Plan, the Disclosure Statement, and the Notice of Hearing to the U.S. Trustee, counsel for the Creditors' Committee (or if there is no counsel, to the Committee Chairperson), the Trustee in the case, if any, and if the Debtor is not the Plan Proponent, to the Debtor and Debtor's counsel, and to applicable regulatory authorities, including without limitation, the Securities and Exchange Commission and the Commissioner of Securities for the State of Colorado (all at their addresses of record as specified by Fed. R. Bankr. P. 2002(g)).

3. On or before **April 15, 2026**, the Plan Proponent shall also file with the Court a certificate of mailing of the Notice of Hearing, Plan, and Disclosure Statement as ordered.

4. Upon request of interested parties, the Plan Proponent will promptly provide copies of the Plan and Disclosure Statement.

5. Objections to the Disclosure Statement shall be filed and served in the manner specified in Local Bankruptcy Rule 3017-1 and Fed. R. Bankr. P. 3017(a), not less than 14 days prior to the Hearing.

DATED this 9th day of April, 2026

BY THE COURT:

Honorable Thomas B. McNamara
United States Bankruptcy Court Judge

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Thomas B. McNamara

In re:

SURVWEST, LLC,

Bankruptcy Case No. 24-15214 TBM
Chapter 11

Debtor.

_____

**NOTICE OF HEARING ON ADEQUACY OF DISCLOSURE STATEMENT**
_____

TO THE DEBTOR(S), CREDITORS, EQUITY HOLDERS, AND ALL OTHER PARTIES-IN-INTEREST:

NOTICE IS HEREBY GIVEN that a Disclosure Statement was filed by SurvWest, LLC (the "Plan Proponent").  Pursuant to Order of the Court, a Hearing will be held on the adequacy of such Disclosure Statement on **Wednesday, May 27, 2026, at 2:30 p.m.** in Courtroom E, United States Bankruptcy Court for the District of Colorado, United States Custom House, 721 19th Street, Denver (the "Hearing").

Pursuant to Local Bankruptcy Rule 3017-1, any objections to the Disclosure Statement shall be made in writing and the original of the objection shall be filed with the Court and a copy served on the attorney for the Plan Proponent, the Debtor(s), and counsel for Debtor(s), the United States Trustee, and the Trustee, if any, counsel for the Creditors' Committee (or when there is no counsel, to the Committee Chairperson), applicable regulatory agencies, including without limitation, the Securities and Exchange Commission and the Commissioner of Securities of the State of Colorado not less than fourteen (14) days prior to the Hearing on the adequacy of the Disclosure Statement. Objections shall clearly specify the grounds upon which they are based, including the citation of supporting legal authority, if any, and references to the particular portions of the statement to which objections are made.  General objections will not be considered by the Court.

The Disclosure Statement is available for public inspection from 8:00 a.m. to 4:30 p.m. during any regular business day in the Clerk's Office of the United States Bankruptcy Court for the District of Colorado, U.S. Custom House, 721 19th Street, Denver, Colorado.  Any interested party who desires a copy of the Disclosure Statement or Plan may submit such request to the Plan Proponent at the address stated below, with a copy of that request to the Clerk of the Bankruptcy Court.  The Plan Proponent shall promptly provide the requested copy.

The Hearing may be continued from time to time by Order made in Open Court without further written notice to creditors or other parties in interest.

DATED: _____          PLAN PROPONENT:

_____
_____
_____
_____