**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 24-15214-TBM |
| SURVWEST LLC | ) | Chapter 11 |
| | ) | |
| EIN: 26-4586113 | ) | |
| | ) | |
| Debtor | ) | |

**TBK'S OBJECTION REGARDING DISCLOSURE STATEMENT FOR CHAPTER 11
TRUSTEE'S PLAN OF REORGANIZATION FOR SURVWEST, LLC DATED
APRIL 7, 2026**

TBK Bank, SSB ("**Lender**"), a primary secured creditor of Debtor, hereby objects to the Disclosure Statement (the "**Disclosure Statement**") for Chapter 11 Trustee's Plan of Reorganization (the "**Plan**") for Survwest, LLC dated April 7, 2026.

In support hereof, Lender states as follows:

## BACKGROUND

1.      As briefly described in the Disclosure Statement in Section C of Article VII, Trustee was appointed following Lender's unmasking a multi-year fraud scheme perpetrated by Debtor's principal (Mathew Barr) and his spouse, Debtor's bookkeeper.  That fraud scheme eventually damaged not only Lender and the Small Business Administration, but multiple creditors in this case.  The evidence presented to the Court in Lender's Motion was so overwhelming with substantial documentary evidence that Debtor did not even respond to the Motion but rather confessed it.

2.      Lender has sued both Mr. and Ms. Barr in the District Court of Arapahoe County, State of Colorado, Case No. 24CV32015 (the "**Bank Case**"), on a variety of causes of action, including fraud.  That case remains pending but has been stayed because of an active criminal

1

case against Mr. Barr instituted by the Department of Justice, which is pending in the United States District Court for the District of Colorado, Case No. 1:24-cr-00372-DDD (the "**SBA Case**"). The impact of the SBA case should be described in the Disclosure Statement and what effect it could have on the Reorganized Debtor.

3. Lender understands that multiple other creditors have also sued Mr. Barr.

4. Lender believes that the debts owned by Mr. and Ms. Barr to Lender are non-dischargeable under Bankruptcy Code § 523(a).

5. But for the stay of the Bank Case, Lender would be prosecuting its claims against the Barrs.

6. Such is the context in which the parties consider the Trustee's Plan and Disclosure Statement.

**OBJECTIONS TO DISCLOSURE STATEMENT**

7. Lender objects to the Disclosure Statement as follows.

8. **First**, the Plan does not provide for post-confirmation interest for Class 6 General Unsecured Claims. That presents a legal impediment to confirmation and renders the projections contained in Exhibit B misleading, at best.

9. **Second**, the use of the word "permanently" in connection with the injunction contained in Section 7.5 of the Plan is misleading. The injunction has a limited duration, up to twelve (12) months following confirmation. The injunction should not be described as "permanent".

10. **Third**, Class 1, a loan originated by KeyBank, is treated as fully secured. That is incorrect.

a. KeyBank's loan originated on January 12, 2015, and was made under Debtor's name at that time, SurvTech Solutions, LLC.  A copy of Debtor's Articles of Organization filed in 2009 is attached hereto as **Exhibit 1**.

b. KeyBank filed its original financing statement under that name as the "debtor" on January 14, 2015, under Filed No. 2015200413.  A copy of the original KeyBank financing statement is attached hereto as **Exhibit 2**.

c. On September 23, 2015, Debtor filed Articles of Amendment changing its name to Survwest LLC.  A copy of the Articles of Amendment is attached hereto as **Exhibit 3**.

d. Although KeyBank filed 2 continuation statements (copies attached collectively at **Exhibit 2**), KeyBank never filed a statement of change correcting the "debtor" in its financing statements, let alone *timely*, filing a correcting financing statement disclosing the correct debtor who was the subject of the original financing statement.  *See* Colo. Rev. Statement Sections 4-9-507 and -508 (correcting financing statement was required to be filed within four (4) months of the name change).

e. KeyBank did not file the correcting financing statement within the 4-month window; accordingly, the KeyBank loan became unsecured as a result of its lapsed perfection.

f. Thus, the treatment of the KeyBank loan in Class 1 as the senior secured loan incorrect; this impacts the subsequent secured claim Classes and materially impacts the post-confirmation projections in Exhibit B to the Disclosure Statement.

11.     **Fourth**, Claim Nos. 33, 34, and 35 are treated as "debt" claims.  See Article VI(c) of the Disclosure Statement and Exhibit C to the Disclosure Statement.  These claims are asserted by three (3) prior (or current) members of Debtor.  From a simple review of the proofs of claims themselves, clearly the amounts claimed arise out of these individuals' pre-petition ownership in Debtor and must be treated Bankruptcy Code Section 510(b) and classified below debt claims. These proofs of claims are improperly classified with general unsecured claim in Class 6.

12.     **Fifth**, Lender holds a pre-petition deposit account with a current balance of $23,068.09, Account No. ending 2631.  That account is subject to Lender's right of offset.  Upon confirmation of the Plan, Lender should be authorized to apply that balance to one of Lender's claims.

13.     **Finally**, Lender wants to ensure that the Plan is not deemed to limit the Barrs' liability to Lender in any manner.  Because of the Barrs' pre-petition fraudulent actions, several of Lender's claims in this case appear to be unsecured; but for Barrs' fraudulent actions, all of Lender's claims would be secured.  Whatever impact Bankruptcy Code § 506 or the Plan may have on Lender's rights against the Debtor and the Reorganized Debtor, those limitations ***do not*** apply between Lender and the Barrs and do not limit Lender's claims against the Barrs.  All of Lender's claims against the Barrs continue to accrue late fees, default interest and attorney's' fees and cost as provided in the underlying loan documents and applicable non-bankruptcy law. Confirmation of the Plan and the confirmation order, if one is ultimately entered by the Court, should not be deemed to limit Lender's rights against the Barrs or their obligations to Lender. This is matter that will rightly be addressed at confirmation.

WHEREFORE Lender objects to the adequacy of the Disclosure Statement.

4

DATED this 13th day of May 2026.

OTTESON SHAPIRO LLP

*/s/ Duncan E. Barber*
Duncan E. Barber, No. 16768
Dina M. Bernardelli, No. 40448
7979 E. Tufts Ave., Suite 1600
Denver, CO 80237
Phone: (720) 488-0220
Email: dbarber@os.law

*Attorneys for Lender*

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2026, a true and correct copy of the foregoing **TBK'S OBJECTION REGARDING DISCLOSURE STATEMENT FOR CHAPTER 11 TRUSTEE'S PLAN OF REORGANIZATION FOR SURVWEST, LLC DATED APRIL 7, 2026** was served via email to all parties of record via the Court's CM/ECF e-file system with first class mail, postage prepaid and addressed to all counsel of record, Debtor, and the 20 largest unsecured creditors listed on the attached mailing matrix:

*/s/ Kathy Jones*
Legal Assistant

*Original signature on file at Otteson Shapiro LLP*

4904-2556-1003, v. 5

6

**Exhibit 1**



Colorado Secretary of State
Date and Time: 04/01/2009 06:27 AM
ID Number: 20091186648

Document must be filed electronically.
Paper documents will not be accepted.
  Document processing fee                       $50.00
Fees & forms/cover sheets
  are subject to change.
To access other information or print
  copies of filed documents,
  visit www.sos.state.co.us and
  select Business Center.

Document number: 20091186648
Amount Paid: $50.00

ABOVE SPACE FOR OFFICE USE ONLY

## Articles of Organization
filed pursuant to § 7-80-203 and § 7-80-204 of the Colorado Revised Statutes (C.R.S.)

1. The domestic entity name of the limited liability company is

SurvTech Solutions, LLC
.

*(The name of a limited liability company  must contain the term or abbreviation
"limited liability company",  "ltd. liability company", "limited liability co.", "ltd.
liability co.", "limited", "l.l.c.", "llc", or "ltd.". See §7-90-601,  C.R.S.)*

**(Caution:** *The use of certain terms or abbreviations are restricted by law.  Read instructions for more information.)*

2. The principal office address of the limited liability company's initial principal office is

Street address
18768 E. Whitaker Circle
*(Street number and name)*

Aurora          CO   80015
*(City)*          *(State)*     *(ZIP/Postal Code)*
United States
*(Province – if applicable)*      *(Country)*

Mailing address
(**leave blank** if same as street address)
*(Street number and name or Post Office Box information)*

*(City)*          *(State)*       *(ZIP/Postal Code)*
.
*(Province – if applicable)*      *(Country)*

3. The registered agent name and registered agent address of the limited liability company's initial registered
   agent are

Name
  (if an individual)
Barr          Mathew          J.
*(Last)*          *(First)*          *(Middle)*      *(Suffix)*

**OR**

  (if an entity)
**(Caution:** *Do not provide both an individual and an entity name.)*

Street address
18768 E. Whitaker Circle
*(Street number and name)*

Aurora          CO   80015
*(City)*          *(State)*     *(ZIP Code)*

ARTORG_LLC          Page 1 of 3          Rev. 02/28/2008

Mailing address

**(leave blank** if same as street address)

_____

*(Street number and name or Post Office Box information)*

_____

_____   CO   _____.

*(City)*      *(State)*      *(ZIP Code)*

*(The following statement is adopted by marking the box.)*

☑ The person appointed as registered agent has consented to being so appointed.

4. The true name and mailing address of the person forming the limited liability company are

Name
(if an individual)

Barr _____   Mathew _____   J _____ _____

*(Last)*      *(First)*      *(Middle)*      *(Suffix)*

**OR**

(if an entity) _____

*(**Caution:** Do not provide both an individual and an entity name.)*

Mailing address

18768 E. Whitaker Circle _____

*(Street number and name or Post Office Box information)*

_____

Aurora _____   CO   80015 _____

*(City)*      *(State)*      *(ZIP/Postal Code)*

_____   United States _____.

*(Province – if applicable)*   *(Country)*

*(If the following statement applies, adopt the statement by marking the box and include an attachment.)*

☐ The limited liability company has one or more additional persons forming the limited liability company and the name and mailing address of each such person are stated in an attachment.

5. The management of the limited liability company is vested in
*(Mark the applicable box.)*

☑ one or more managers.

**OR**

☐ the members.

6. *(The following statement is adopted by marking the box.)*

☑ There is at least one member of the limited liability company.

7. *(If the following statement applies, adopt the statement by marking the box and include an attachment.)*

☐ This document contains additional information as provided by law.

8. *(**Caution:** Leave blank if the document does not have a delayed effective date. Stating a delayed effective date has significant legal consequences. Read instructions before entering a date.)*

*(If the following statement applies, adopt the statement by entering a date and, if applicable, time using the required format.)*

The delayed effective date and, if applicable, time of this document is/are _____.

*(mm/dd/yyyy hour:minute am/pm)*

ARTORG_LLC      Page 2 of 3      Rev. 02/28/2008

**Notice:**

Causing this document to be delivered to the Secretary of State for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the Secretary of State, whether or not such individual is named in the document as one who has caused it to be delivered.

9. The true name and mailing address of the individual causing the document to be delivered for filing are

Barr          Mathew          J
*(Last)*          *(First)*          *(Middle)*          *(Suffix)*

18768 E. Whitaker Circle
*(Street number and name or Post Office Box information)*

Aurora          CO    80015
*(City)*          *(State)*          *(ZIP/Postal Code)*

          United States.
*(Province – if applicable)*          *(Country)*

*(If the following statement applies, adopt the statement by marking the box and include an attachment.)*

☐ This document contains the true name and mailing address of one or more additional individuals causing the document to be delivered for filing.

**Disclaimer:**

This form/cover sheet, and any related instructions, are not intended to provide legal, business or tax advice, and are furnished without representation or warranty. While this form/cover sheet is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form/cover sheet. Questions should be addressed to the user's legal, business or tax advisor(s).

# Exhibit 2

# UCC Financing Statement

**Colorado Secretary of State**
Date and Time: 01/14/2015 10:14:27 AM
Master ID: 20152004132
Validation Number: 20152004132
Amount: $8.00

## Debtor: (Organization)

Name: SurvTech Solutions, LLC
Address1: 10200 East Girard Avenue Building B Suite 330
Address2:
City: Denver          State: CO          ZIP/Postal Code: 80231
Province:          Country: United States

## Secured Party: (Organization)

Name: KEYBANK NATIONAL ASSOCIATION
Address1: 4910 TIEDEMAN RD
Address2:
City: BROOKLYN          State: OH          ZIP/Postal Code: 44144
Province:          Country: United States

## Collateral

**Description:**

All Chattel Paper, Accounts and General Intangibles; whether any of the foregoing is owned now or acquired later; all accessions, additions, replacements, and substitutions relating to any of the foregoing; all records of any kind relating to any of the foregoing.

Page 1 of 1

# UCC Financing Statement Amendment

**Colorado Secretary of State**
Date and Time: 10/17/2019 12:22:02 PM
Master ID: 20152004132
Validation Number: 20192096576
Amount: $8.00

## Initial Financing Statement

File #: 20152004132          File Date: 01/14/2015 10:14:27 AM     Filing office:  Secretary of State

This amendment is a continuation.

## Optional Information

### Optional filer reference data/miscellaneous information:

CO-0-72149195-57937082

## Authorizing Party (Secured Party): (Organization)

Name: KEYBANK NATIONAL ASSOCIATION
Address1: 4910 TIEDEMAN RD
Address2:
City: BROOKLYN             State: OH          ZIP/Postal Code: 44144
Province:                  Country: United States

# UCC Financing Statement Amendment

**Colorado Secretary of State**
Date and Time: 07/31/2024 10:36:33 AM
Master ID: 20152004132
Validation Number: 20242069475
Amount: $8.00

## Initial Financing Statement

File #: 20152004132          File Date: 01/14/2015 10:14:27 AM          Filing office:  Secretary of State

This amendment is a continuation.

## Optional Information

### Optional filer reference data/miscellaneous information:
[289267083]

## Authorizing Party (Secured Party): (Organization)

Name: KEYBANK NATIONAL ASSOCIATION
Address1: 4910 TIEDEMAN RD
Address2:
City: BROOKLYN                    State: OH                    ZIP/Postal Code: 44144
Province:                         Country: United States

# UCC Financing Statement Amendment

**Colorado Secretary of State**
Date and Time: 08/17/2024 09:11:22 PM
Master ID: 20152004132
Validation Number: 20242075243
Amount: $8.00

## Initial Financing Statement

File #: 20152004132          File Date: 01/14/2015 10:14:27 AM     Filing office:  Secretary of State

This amendment is a continuation.

## Optional Information

**Optional filer reference data/miscellaneous information:**
[290610539]

## Authorizing Party (Secured Party): (Organization)

Name: KEYBANK NATIONAL ASSOCIATION
Address1: 4910 TIEDEMAN RD
Address2:
City: BROOKLYN              State: OH            ZIP/Postal Code: 44144
Province:                   Country: United States

**Exhibit 3**



Document must be filed electronically.
Paper documents are not accepted.
Fees & forms are subject to change.
For more information or to print copies
of filed documents, visit www.sos.state.co.us.

Colorado Secretary of State
Date and Time: 09/23/2015 01:02 PM
ID Number: 20091186648

Document number: 20151611040
Amount Paid: $25.00

ABOVE SPACE FOR OFFICE USE ONLY

# Articles of Amendment
filed pursuant to §7-90-301, et seq. and §7-80-209 of the Colorado Revised Statutes (C.R.S.)

ID number:                        20091186648

1. Entity name:                   SurvTech Solutions, LLC
                                  *(If changing the name of the limited liability company, indicate name before the name change)*

2. New Entity name:
   (if applicable)                Survwest, LLC

3. Use of Restricted Words *(if any of these terms are contained in an entity name, true name of an entity, trade name or trademark stated in this document, mark the applicable box)*:

   ☐ "bank" or "trust" or any derivative thereof
   ☐ "credit union"      ☐ "savings and loan"
   ☐ "insurance", "casualty", "mutual", or "surety"

4. Other amendments, if any, are attached.

5. If the limited liability company's period of duration as amended is less than perpetual, state the date on which the period of duration expires:

   _____
   *(mm/dd/yyyy)*

        or

   If the limited liability company's period of duration as amended is perpetual, mark this box:   ☐

6. *(Optional)*  Delayed effective date:   _____
                                           *(mm/dd/yyyy)*

Notice:

Causing this document to be delivered to the secretary of state for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the secretary of state, whether or not such individual is named in the document as one who has caused it to be delivered.

7. Name(s) and address(es) of the individual(s) causing the document to be delivered for filing:

   | Barr | Mathew | John | |
   |------|--------|------|---|
   | *(Last)* | *(First)* | *(Middle)* | *(Suffix)* |

AMD_LLC                           Page 1 of 2                           Rev. 12/01/2012

10200 E Girard Ave
_____
Suite B330   *(Street name and number or Post Office Box information)*
_____
Denver                          CO    80231
_____
*(City)*                              *(State)*            *(Postal/Zip Code)*
                              United States
_____
*(Province – if applicable)*        *(Country – if not US)*

*(The document need not state the true name and address of more than one individual.  However, if you wish to state the name and address of any additional individuals causing the document to be delivered for filing, mark this box* ☐ *and include an attachment stating the name and address of such individuals.)*

Disclaimer:
This form, and any related instructions, are not intended to provide legal, business or tax advice, and are offered as a public service without representation or warranty.  While this form is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form.  Questions should be addressed to the user's attorney.